LEBEAU *v.* PERRY VIDEX, L.L.C., ET AL.

[Cite as *LeBeau v. Perry Videx, L.L.C.*, 117
Ohio St.3d 538, 2008-Ohio-1737.]

(No. 2007–0414—Submitted March 12, 2008—Decided April 16, 2008.)

{¶ 1} The first certified question is answered in the negative on the authority of *Groch v. Gen. Motors Corp.*, 117 Ohio St.3d 192, 2008-Ohio-546, 883 N.E.2d 377. In view of that answer, it is unnecessary for the court to answer the remaining questions.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Bashein & Bashein Co., L.P.A., and W. Craig Bashein; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for respondent Arnold LeBeau.

Ulmer & Berne, L.L.P., C. Reynolds Keller, Melissa L. Zujkowski, and Elizabeth M. Hill, for petitioners Perry Videx, L.L.C., and Perry Equipment Corporation.